UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN W. QUICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:06-CV-2096-G |
| SHERIFF DON ANDERSON, ) | |
| ) | **ECF** |
| Defendant. ) | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct and they are hereby **ACCEPTED** as the findings of the court. Plaintiff's application to proceed *in forma pauperis* is **DENIED**. Plaintiff is ordered to pay the $350.00 statutory filing fee within 30 days after this recommendation is adopted by the district judge. If he fails to do so, this case will be dismissed without further notice.

**SO ORDERED**.

December 13, 2006.

```
_____
A. JOE FISH
CHIEF JUDGE
```